UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
Plaintiff

v.

HERIBERTO COLON-MALAVE
Defendant

and

MUNICIPIO DE BARRANQUITAS
Garnishee

Civil No. 96-cv-2273(DRD)

RECEIVED AND FILED
2002 AUG 30 AM 11:01
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**ORDER TO SHOW CAUSE**

Upon request for an order to show cause filed by plaintiff herein, and it appearing from the records of this Court in the above mentioned case that a Writ of Continuing Garnishment was issued as to Garnishee Municipio de Barranquitas and service executed by the United States Marshal's Services;

And it appearing that more than 10 days has elapsed since service of Writ was executed and garnishee has failed to file its answer as required by 28 U.S.C. 3205(c)(4).

NOW THEREFORE, IT IS ORDERED that the garnishee, Municipio de Barranquitas, shall show cause within the next 20 days as to why its answer has not been filed as required by 28 U.S.C. 3205(c)(4). The garnishee is also advised that failure to comply with this order could result in contempt of the Court.

At San Juan, Puerto Rico this 27 day of August, 2002.

Hon. DANIEL R. DOMINGUEZ
U.S. District Court Judge



