UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>    v<br><br>HERIBERTO COLON-MALAVE,<br>    Defendant<br><br>and<br><br>MUNICIPIO DE BARRANQUITAS,<br>    Garnishee | 96-CV-2273(DRD)<br><br>Collection of Money |

### REQUEST FOR ENTRY OF SATISFACTION OF JUDGMENT AND TO SET ASIDE WRIT OF CONTINUING GARNISHMENT

**TO THE HONORABLE COURT:**

Plaintiff, the United States of America, through its undersigned attorneys hereby informs as follows:

1) That on May 23, 2002, a Writ of Continuing Garnishment was issued by this Honorable Court in the instant case, addressed to garnishee, Municipio de Barranquitas.

2) That palintif hereby gives notice that the judgment entered on February 25, 1997, with respect to which the writ was issued, has been satisfied by the defendant Heriberto Colon-Malave.

USA v Heriberto Colon-Malave
Page 2
Court No. 96-cv-2273(DRD)

3) In light of the aforementioned, the Writ of Continuing Garnishment issued in this case on May 23, 2002, is no longer warranted; and, garnishee is no longer under the obligation to send payments as required by 28 U.S.C. §3205(C)(7).

4) That at this point the plaintiff has no objection that this file be closed for any administrative purposes.

WHEREFORE plaintiff hereby requests the entry of the satisfaction of judgment; the setting aside of the writ of garnishment as it is no longer warranted; and further, that the case be closed for any further administrative purpose, in view of all the above.

I HEREBY CERTIFY that on this date a copy of the foregoing was sent to Lydia E. Zayas-Santos, Authorized Officer, Municipio de Barranquitas, Box 250, Barranquitas, Puerto Rico 00794; Heriberto Colon-Malave, PO Box 756, Barranquitas, Puerto Rico 00794.

RESPECTFULLY SUBMITTED.

In San Juan Puerto Rico, this 24th day of August, 2004.

                            H.S. GARCIA
                            United States Attorney

                            S/REBECCA VARGAS-VERA-203307
                              Assistant U.S. Attorney
                              Torre Chardon Building 1201
                              # 350 Chardon Street
                              Hato Rey, Puerto Rico  00918
                              Tel. (787)766-5656