UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff, | |
| | 96-CV-2273(DRD) |
| v | |
| | Collection of Money |
| HERIBERTO COLON-MALAVE,<br>        Defendant | |
| and | |
| MUNICIPIO DE BARRANQUITAS,<br>        Garnishee | |

ORDER

    Having examined plaintiff's request for entry of satisfaction of judgment and having plaintiff appraised this Court that the writ of continuing garnishment is no longer warranted, this Court hereby,

    ORDERS the entry of the satisfaction of judgment. The Writ of continuing garnishment will no longer continue and it is hereby set aside.

    In addition, this Court hereby ORDERS that the case be closed for any administrative procedures.

    SO ORDERED.

    At San Juan, Puerto Rico this _____ day of_____, 2004

_____
U.S. DISTRICT COURT JUDGE